[No. 7032–1.   Division One.   December 24, 1979.]

*In the Matter of the Marriage of* CAROLE J. SWENSON,
*Appellant, and* NIEL D. SWENSON,
*Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. D–67873, David W. Soukup, J., entered October 5, 1978. *Affirmed* by unpublished opinion per Callow,
C.J., concurred in by James and Dore, JJ.

[No. 7177–1.   Division One.   December 24, 1979.]

*In the Matter of the Marriage of* ALBERT E.
GOODWIN, *Appellant, and* RUTH GOOD–
WIN, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. D–83403, W. R. Cole, J., entered July 15, 1976.
*Affirmed* by unpublished opinion per Swanson, J., concurred in by Callow, C.J., and Dore, J.

[No. 3460–2.   Division Two.   December 27, 1979.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN
A. NICHOLS, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap
County, No. C–3520, Jay W. Hamilton, J., entered April 19,
1978. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Pearson, C.J., and Reed, J.

[No. 3501–2.   Division Two.   December 27, 1979.]

THE STATE OF WASHINGTON, *Respondent*, v. ERNEST
MOY, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 52334, Stanley W. Worswick, J., entered May
11, 1978. *Affirmed* by unpublished opinion per Petrie, J.,
concurred in by Pearson, C.J., and Reed, J.